**No. 52607.**—Walker Services *v.* United States, protest 131989–K (Boston).

Opinion by EKWALL, J.   At the trial the record in Abstract 47184 was incorporated herein.   The evidence in the instant case disclosed that the lime juice here involved is the same in all material respects as that in the incorporated case, with the exception that the percentage of the volatile oils here is less.   Under authority of that decision the claim of the plaintiff was sustained.

**No. 52608.**—E. F. Darrell & Company *v.* United States, protests 135141K (A) and 135141–K (B) (New York).

Opinion by JOHNSON, J.   From an examination of the papers the court was unable to find evidence sufficient to overcome the action of the collector which was presumptively correct.   The protest was therefore overruled.

**No. 52609.**—L. W. Moritz Co. *v.* United States, protest 135259–K (New York).

Opinion by JOHNSON, J.   Counsel for the Government moved to dismiss upon the ground that the protest was not filed within the time prescribed by law, in compliance with section 514, Tariff Act of 1930.   The motion to dismiss was therefore granted.